**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
    E-Mail: Shane.Singh@lewisbrisbois.com
ASHLEY N. ARNETT, SB# 305162
    E-Mail: Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants,
MAK, LLC, and KHATRI & SONS LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN<br><br>            Plaintiff,<br><br>       vs.<br><br>RAMADA INN, VALLEJO; MAK LLC, a California Limited Liability Company, dba RAMADA INN; and KHATRI & SONS LP, a California Limited Liability Partnership,<br><br>            Defendants. | CASE NO. 2:16-cv-02415-KJM-DB<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>Date Filed:    October 10, 2016<br>Trial Date:    None set |

**WHEREAS,** it is the intent of the parties hereto to set aside the default entered against Defendants, MAK, LLC and KHATRI & SONS LP (hereinafter "Defendants") as to PLAINTIFF BYRON CHAPMAN'S (hereinafter "Plaintiff") Complaint, taken as a result of mistake, inadvertence and excusable neglect;

**WHEREAS,** resolution of the claims against Defendants would be better accomplished by its participation within the above-entitled litigation for the following reasons: (1) the ability to participate in the mediation resolution strategy already established in this case; (2) the greater judicial economy that would result from resolving claims against all in one action instead of in separate collections actions; and

**WHEREAS,** the parties intend to allow Defendants to file the answer to Plaintiff's

Complaint by January 12, 2017.

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective attorneys of record that the default entered against Defendants in the above-entitled matter, be and is hereby set aside.

DATED: January 4, 2017                **THOMAS E. FRANKOVICH, APL**

By:   */s/ Thomas E. Frankovich, Esq.* (On file with counsel)
Thomas E. Frankovich
Amanda Lockhart
Attorneys for Plaintiff, Byron Chapman

DATED: January 4, 2017                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   */s/ Ashley N. Arnett, Esq.*
Shane Singh
Ashley N. Arnett
Attorneys for Defendants, MAK, LLC, and
KHATRI & SONS LP

## ORDER

**IT IS SO ORDERED**, pursuant to the Stipulation between Plaintiff and Defendants MAK, LLC and KHATRI & SONS LP by their respective counsel, as follows:

**1.** The Entry of Default entered on December 14, 2016, in the above-entitled Court, of Defendants MAK, LLC and KHATRI & SONS LP is hereby set aside; and

**2.** Defendants MAK, LLC and KHATRI & SONS LP shall file an answer no later than January 12, 2017.

DATED: January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE